**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **JOSE ANDRES ESCOBAR CANALES,** *Petitioner,* | § § § § | |
| *v.* | § § § | **NO. 6:26-CV-00232-ADA-DTG** |
| **Todd M. LYONS, Acting Director, Immigration and Customs Enforcement; Markwayne MULLIN, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Todd BLANCHE, Acting U.S. Attorney General; Warden, Limestone County Detention Center,** *Respondents.* | § § § § § § § § § § § | |

**ORDER**

On May 11, Petitioner submitted a Motion to Dismiss and Close matter, explaining that he wishes to dismiss and close this matter so that he may depart voluntarily. Dkt. 2. The Court finds this Motion may be construed as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), because Respondents have not filed an answer or been served. In such case, this unilateral dismissal requires no judicial action and is effective automatically upon filing. *See Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

In any case, the Court finds the Motion (Dkt. 2) should be **GRANTED** and this case should be closed.

Plaintiff's action is therefore **DISMISSED WITHOUT PREJUDICE.** Accordingly, as nothing remains to resolve, this case is now **CLOSED**. Therefore, the Clerk's Office is directed to **CLOSE** this case.

**SIGNED ON MAY 12, 2026.**

_____

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**